UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXECUTIVE EAGLES INVESTMENTS GROUP, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>MT. HAWLEY INSURANCE COMPANY and UNDERWRITERS AT LLOYD'S, LONDON,<br><br>*Defendant* | No. 1:24-cv-04821-ER<br><br>**AGREED DISMISSAL ORDER** |

Plaintiff Executive Eagles Investments Group, LLC ("Executive Eagles") and defendants Mt. Hawley Insurance Company and Renaissance Re Syndicate 1458 Lloyd's (incorrectly named Underwriters at Lloyd's, London) ("Defendants") have announced to the Court that all claims asserted by Executive Eagles against Defendants should be dismissed with prejudice. A Stipulation of Dismissal with Prejudice has been signed by the parties and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

It is ORDERED that all claims and causes of action that were or could have been asserted by Executive Eagles herein are in all respects dismissed with prejudice to the right to re-file same.

It is further ORDERED that costs are to be borne by the party incurring same. All relief not expressly granted is hereby denied, such that this constitutes final judgment herein.

Signed on this __4th__ day of __April__, 2025.

_____
EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

1